[Cite as *State v. Oscar*, 2023-Ohio-769.]

# IN THE COURT OF APPEALS OF OHIO
## ELEVENTH APPELLATE DISTRICT
## LAKE COUNTY

| | |
|---|---|
| STATE OF OHIO,<br>CITY OF PAINESVILLE,<br><br>Plaintiff-Appellee,<br><br>- vs -<br><br>KAMERON CHARLES OSCAR,<br><br>Defendant-Appellant. | CASE NOS. 2023-L-016<br>2023-L-017<br>2023-L-026<br><br>Criminal Appeals from the<br>Painesville Municipal Court<br><br><br>Trial Court Nos. 2022 CRB 01178<br>2022 CRB 01247A<br>2022 CRB 01247B |

### M E M O R A N D U M
### O P I N I O N

Decided: March 13, 2023
Judgment: Appeals dismissed

*Ron M. Graham*, Painesville City Prosecutor, 521 Malvern Drive, Painesville, OH 44077 (For Plaintiff-Appellee).

*Kameron Charles Oscar*, pro se, 142 Turner Drive, Chardon, OH 44024 (Defendant-Appellant).

MATT LYNCH, J.

{¶1} On February 6, 2023, appellant, Kameron C. Oscar, pro se, filed a "Letter of Intent to Appeal Convictions," construed as a notice of appeal, in the appeals. A review of the dockets reflect that on October 28, 2022, after entering a plea of guilty to violating a protection order, the trial court sentenced appellant to serve 120 days, concurrently with his common pleas cases, in the Lake County Jail.

{¶2}   Timely notices of appeal from the October 28, 2022 entries were due no later than November 28, 2022, which was not a holiday or weekend.  The appeals are untimely by over two months.

{¶3}   "* * * [A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶4}   "(1) After the expiration of the thirty day period provided by App.R. 4(A) for the filing of a notice of appeal as of right, an appeal may be taken by a defendant with leave of the court to which the appeal is taken in the following classes of cases:

{¶5}   "(a) Criminal proceedings; * * *

{¶6}   "(2) A motion for leave to appeal shall be filed with the court of appeals and shall set forth the reasons for the failure of the appellant to perfect an appeal as of right. * * *." App.R. 5(A).

{¶7}   Appellant has neither complied with the thirty-day rule set forth in App.R. 4(A)(1) nor sought leave to appeal under App.R. 5(A).  Thus, this court is without jurisdiction to consider his appeals.  Appellant has a remedy of filing an untimely criminal appeal under App.R. 5(A).

{¶8}   Appeals dismissed, sua sponte, as untimely.


JOHN J. EKLUND, P.J.,

EUGENE A. LUCCI, J.,

concur.


2

Case Nos. 2023-L-016, 2023-L-017, 2023-L-026